United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL LOVE,** | Case No. 4:21-CV-843-YGR |
| Plaintiff, | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| vs. | Re: Dkt. No. 17 |
| **LOS GATOS LODGE, LLC,** | |
| Defendant. | |

Plaintiff has filed a notice of settlement and request to vacate all currently set dates. (Dkt. No. 17.) Accordingly, it is **ORDERED** that this case is **DISMISSED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: **August 13, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**